UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-436-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVIE LYNN BARDWIL | ) | |
| | ) | |

**THIS MATTER** is before the Court on the United States of America's Motion to Dismiss without prejudice the above-captioned Bill of Information. (Doc. No. 48).

The Court has reviewed the Motion and finds that good cause has been shown to justify dismissing the Bill of Information without prejudice.

Thus, the Motion is **GRANTED**.

Signed: March 2, 2021

Max O. Cogburn Jr.
United States District Judge