IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-436-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| STEVIE LYNN BARDWIL | ) | AMENDED ORDER |
| | ) | |

THIS MATTER is before the Court on the United States of America's Motion to Dismiss without prejudice the above-captioned Bill of Indictment.

The Court has reviewed the Motion and finds that good cause has been shown to justify dismissing the Bill of Indictment without prejudice.

Thus, the Motion is GRANTED.

Signed: March 19, 2021

Max O. Cogburn Jr.
United States District Judge